THE PRIVACY FIRM PC
A Pennsylvania Professional Corporation
Joseph A. Bahgat (NJ ATT'Y ID #006502008)
1701 Walnut Street, 7th Floor
Philadelphia, PA 19103-5220
+1 877-721-9027
joe@privacyfirm.law
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>*Plaintiff*;<br><br>*vs.*<br><br>JOHN DOE subscriber assigned IP address 76.117.153.17,<br><br>*Defendant.* | CASE NO. 2:18-CV-00210-JLL-CLW<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

The undersigned counsel hereby gives notice of appearance as counsel of record for defendant in the above captioned matter.

Respectfully submitted,

By: _____

Dated: 1-Apr-2018                    Joseph A. Bahgat



PRIVACY FIRM

## CERTIFICATION OF SERVICE

I certify under Fed. R. Civ. P. 5(b)(2)(E) and L. Civ. R. 5.2 that on the date stamped above, a true and correct copy of the foregoing paper was filed with the court electronically, and that all counsel of record will be served with a notice of electronic filing at the email address(es) they have registered with the clerk's CM/ECF system.

_/s Joseph A. Bahgat_
Joseph A. Bahgat
*Counsel for Defendant*

PRIVACY
FIRM